**1037** WHIPPLE (Admr.) vs. AUDITOR GENERAL, 5 M., 193.

To compel payment of the salary of relator's intestate, as judge of the Supreme Court, he having been elected circuit judge, and under the Act of 1851 acted as judge of the Supreme Court.

Denied May 28, 1858, on the ground that under the Constitution of 1850, the office of judge of the Supreme Court

was not a distinct office from that of circuit judge, but two sets of duties were attached to the office of circuit judge.